**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6199**

ALFRED LEE MAULDIN,

                                    Petitioner - Appellant,

          versus

TRACY W. JOHNS, Warden,

                                    Respondent - Appellee,

          and

ALBERTO R. GONZALES,

                                    Respondent.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:06-hc-02023-D)

Submitted:  July 13, 2007              Decided:  July 20, 2007

Before TRAXLER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alfred Lee Mauldin, Appellant Pro Se.  David Thomas Huband, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred Lee Mauldin, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mauldin v. Stansberry, No. 5:06-hc-02023-D (E.D.N.C. filed Feb. 1, 2007; entered Feb. 2, 2007). We deny Mauldin's motions to remand, for appointment of counsel, and to consolidate this appeal with No. 07-6643. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED